**109 - 1st Floor Courtroom, 9:00 A.M.**               **Thursday, June 12, 2025**

**Thapar, Readler, Bloomekatz**

**24-1905   Scott DeBruyn v. Adam Douglas**

Scott Allen DeBruyn                                         ret   Daniel Scott Harawa *supervising attorney*

   **Petitioner - Appellant**                                      Zoe Chang *law student*
                                                                      *Arguing 1st – 10 Min Arg / No Rebuttal*

                                                                   Matthew Grossman *law student*
                                                                      *Arguing 2nd – 5 Min Rebuttal*

                          **V.**

Adam Douglas, Warden                                  ret   Jared D. Schultz

   **Respondent - Appellee**

*Robin L. Johnson, Courtroom Deputy*

Petitioner appeals the denial of his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. Section 2254.   (15 Minutes Per Side)